## J. H. BANKS

v.

## COMMONWEALTH OF KENTUCKY, Department of Highways, et al.

Court of Appeals of Kentucky.

Feb. 19, 1960.

M. B. Fields, Hazard, for appellant.

Hafford E. Hay, Frankfort, H. B. Noble, Hazard, for appellee.

PER CURIAM.

This is a motion for appeal by J. H. Banks from a judgment of the Franklin Circuit Court by which he was ordered to return pipe to the Department of Highways within thirty days, and upon his failure to do so, it was adjudged that he was indebted to the Department in the sum of $1,262.40.

A consideration of the record has failed to disclose any error prejudicial to appellant's substantial rights.

The motion is overruled and the judgment is affirmed.